PHILIP CASWELL VS BRIGANTINE *Swansey*

for Wages

The Libel of Philip Caswell Against the Brigantine Swansey being read The Owners of the s$^d$ Brigantine by their Attorney Pleaded that they had fully paid the Appellant his wages libell'd for. And I having fully heard and Consider'd all the Allegations, Proofs, and Arguments of the Parties on both Sides, it does not appear to me that the s$^d$ owners have brought any Evidence Sufficient to Support their Plea: I therefore find that After deduction made of the months pay received before Sailing, and of the Hospital Money, there is due to the s$^d$ Philip Caswell for the remainder of his wages on board s$^d$ Brigantine the Sum of Seventy Eight Pounds four Shillings in Bills of Credit of the old Tenour:

It is therefore Consider'd and Decree'd that the s$^d$ Job Caswell Recover against the s$^d$ Brigantine Swansey the afores$^d$ Sum of Seventy Eight Pounds four Shillings: with Cost of Court: and I further order'd and decree that in case master and owner of s$^d$ Brigantine Shall neglect to pay s$^d$ Sum for the Space of Ten days after the date hereof then the s$^d$ Brigantine, or Such part of her Tackle, Apparel or furniture as Shall be Sufficient therefor: be Publickly Sold by the Marshall of this Court after Publick notice given in the usual manner and that he the s$^d$ Marshall out of the money arising, from s$^d$ Sale pay and Satisfy the s$^d$ Philip Caswell and also the Cost of this Court.

Samuel Wickham Dep$^t$ Judge

[Admiralty Papers, VII, 101]

COLONY OF RHODE IS$^D$ COURT OF V: ADMIRALTY

Costs Caswell of Brig$^n$ Swansey Viz$^t$

| | |
|---|---|
| Drawing Libel and Advo: Fees | £3.10 |
| Filing and allowing D$^o$ | 2.10 |
| Citation | 1.16 |
| Bale Bond | .10 |
| 2 adjournments | 6. 8 |
| Decree | 6. |
| filing papers etc | .16. |
| | £21.10 |

| | |
|---|---|
| Judge | 10.10 |
| Advo | 3.10 |
| Reg$^r$ | 4.14 |
| Mar$^l$ | 2.16 |